**FILED**
**11/6/2015**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**RECEIVED**
AUG 1 0 2015 DC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Jose Solis
_____

(Enter above the full name of the plaintiff or plaintiffs in this action)

15-cv-6979
Judge Sharon Johnson Coleman
Magistrate Judge Geraldine Soat Brown

vs.

Town of Cicero
Cicero Police Department
Shift Camander Jhon Doe
Lutenent Jhon Doe
Sargent Jhon Doe
Officer Jhon Doe

(Enter above the full name of ALL defendants in this action. **Do not use "et al."**)

**CHECK ONE ONLY:**

[X] **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

[ ] **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

[ ] **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Jose Solis

   B. List all aliases: _____

   C. Prisoner identification number: N/A

   D. Place of present confinement: N/A

   E. Address: 7848 Meade Ave Burbank, Il 60459

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Town of Cicero
      Title: Town
      Place of Employment: Cicero, Il

   B. Defendant: Cicero Police Department
      Title: Police Station
      Place of Employment: Cicero

   C. Defendant: Comm John Doe
      Title: Shift Comander
      Place of Employment: Cicero Police Deparment

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

D. Defendant: Lt. Jhon Doe
   Title: Lutenant
   Place of Employment: Cicero Police Department

E. Defendant: Sarg. Jhon Doe
   Title: Sargent
   Place Of Employment: Cicero Police Department

F. Defendant: Officer Jhon Doe
   Title: Officer
   Place Of Employment: Cicero Police Department

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: _N/A_

   B. Approximate date of filing lawsuit: _N/A_

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

   D. List all defendants: _N/A_

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N/A_

   F. Name of judge to whom case was assigned: _N/A_

   G. Basic claim made: _N/A_

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

   I. Approximate date of disposition: _N/A_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

4

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On January 1, 2011 Plaintiff Jose Solis was detain by Cicero Police Officers. Cicero Police Officers charge Jose Salis with Aggravated battery, Attempted Murder. Officer Jhon Doe Sweared under Oath in front of a grand Jury of the Circuit Court of Cook County. That Jose Solis was pointed out in a line-up by cicero Police. On July 9, 2013 Case (Docket # 11CR 0202003) was Dismissed base on Officer "Jhon doe" of the Cicero Police False Testimony Jose Solis Never was pointed Out in a Cicero line up. The States Attorney Field an appeal and was given a month continvence. Cicero Police Intentionaly Organized and Pursued legal action that was brough with out Probable Couse and was dismissed, 2 1/2 years later, in favor of the victom, Jose Solis, of

5

Revised 9/2007

a Malicious Prosecution. Officer Jhon doe failed to exercise with care his responsibilities to secure and protec the victom Procidural rights. Officer Jhon doe exercised Prejudice before becoming aware of the facts.

Officer Jhon Doe Comitted Perjury by falsefying information about the victom line up to the gran jury.
Mr. Jose Solis was at Cook County Jail for three years. Jose Solis was in emediate danger during his incarseration. He lost a girl-friend, was not able to Attend his granfathers funeral. Lost his Job at Star die Molding. Put his Famaly in fanacial troble. Plaintife seek pain and suffering as well as emotional distress.

Revised 9/2007

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like full reinbursment reinbursmen of 1,000,000 dollars and 00 cents. Plus what ever the court dems dems nessasary.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 9 day of July, 2015

_Jose Solis_
(Signature of plaintiff or plaintiffs)

Jose Solis
(Print name)

N/A
(I.D. Number)

7848 Meade Ave
Burbank Ill 60459
(Address)

State of Illinois
County of Cook

Signed before me on July 9, 2015

OFFICIAL SEAL
KARLA PINEDA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/07/17